UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **19-4184 KG** | USA vs.: | **HERNANDEZ, ET AL.,** |
| Date: | **9/13/2022** | Name of Deft: | **SAVANNAH PADILLA** |
| Before the Honorable: | | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **2:06-2:30 PM** | Total Time in Court (for JS10): | **24 MINUTES** |
| Clerk: | **ANNETTE NANEZ** | Court Reporter: | **FATIMA SANCHEZ** |
| AUSA: | **MARIA ARMIJO** | Defendant's Counsel: | **AMANDA SKINNER** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **N/A** |
| Probation Officer: | **CESAR ROSILES** | Sworn? | Yes / No |

| Convicted on: | X | Plea | | Verdict | As to: | | Information | X | Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | **Counts 7, 8 and 9** | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | | Comments: | | |
| Date of Plea/Verdict: | **2/23/2021** | | | | PSR: | X | Not Disputed | | Disputed |
| PSR: | X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| | | |
|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | **84 MONTHS AND 1 DAY; A TERM OF 1 DAY IS IMPOSED AS TO EACH OF COUNTS 7 AND 8. A TERM OF 84 MONTHS IS IMPOSED AS TO COUNT 9; SAID TERM SHALL RUN CONSECUTIVELY TO COUNTS 7 AND 8 FOR A TOTAL TERM OF 84 MONTHS AND 1 DAY.** |
| Supervised Release: | **3 YEARS; A TERM OF 3 YEARS IS IMPOSED AS TO EACH OF COUNTS 7, 8, AND 9; SAID TERMS SHALL RUN CONCURRENTLY.** | Probation: |

| X | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: |
|---|---|---|---|---|---|
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | X | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Participate in/successfully complete subst abuse program/testing up to a maximum of 60 tests per year. | | Reside halfway house ____ months ____ days |
| X | Participate in a mental health treatment program/and take all mental health medications prescribed | | Register as sex offender |
| X | Refrain from use/possession of alcohol testing up to a maximum of 4 tests per day. | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| X | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | X | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| X | Participate in/successfully complete community-based training in parenting | | No volunteering where children supervised |
| X | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| X | Participate in an educational or vocational program | | |

**OTHER:**

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | **308.00** |
| SPA: $ | **300.00**   ($100) as to each Count | Payment Schedule: X Due Imm.   Waived |

| OTHER: | **PURSUANT TO THE MANDATORY VICTIM RESTITUTION ACT, IT IS FURTHER ORDERED THAT THE DEFENDANT WILL MAKE RESTITUTION TO K.C. IN THE AMOUNT OF $308.00. RESTITUTION SHALL BE SUBMITTED TO THE CLERK OF THE COURT, ATTENTION INTAKE, TO THEN BE FORWARDED TO THE VICTIM(S). THE RESTITUTION WILL BE PAID DURING THE TERM OF SUPERVISION AT A RATE OF 10% OF THE DEFENDANT'S GROSS MONTHLY INCOME BUT NOT LESS THAN $25 PER MONTH.**<br><br>**BASED ON THE DEFENDANT'S LACK OF FINANCIAL RESOURCES, THE COURT WILL NOT IMPOSE A FINE. IN LIEU OF ALL OR A PORTION OF THE FINE, THE COURT CONSIDERED ALTERNATIVE SANCTIONS, SUCH AS COMMUNITY SERVICE,** |
|---|---|

|   |   |   |   |
|---|---|---|---|
|   | **PLACEMENT AT A RESIDENTIAL REENTRY CENTER, AND LOCATION MONITORING, AND CONCLUDES THE TOTAL COMBINED SANCTION WITHOUT A FINE OR ALTERNATIVE IS SUFFICIENTLY PUNITIVE.** | | |
|   | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody |   | Voluntary Surrender |
|   | Recommended place(s) of incarceration: |   |   |
|   | Dismissed Counts: |   |   |
| OTHER COMMENTS: |   |   |   |